# EXHIBIT D

Case: 1:22-cv-05549 Document #: 1-4 Filed: 10/11/22 Page 2 of 3 PageID #:59



AUG 2 9 2022

Joseph J. Vaughan  
Cooley, LLP  
Reston Town Center  
11951 Freedom Drive, 14th Floor  
Reston, Virginia 20190-5656

Sent via email: jvaughan@cooley.com

Re: Initiation of Collection Action based on Discharge of Federal Student Loans from Borrowers with Approved Borrower Defense Claims for DeVry University (OPE-ID: 01072700, TIN: 362781982, UEI: MN6JA67LM213, RCN: BD-01072700-2022-N1)

Dear Mr. Vaughan:

The U.S. Department of Education ("Department") is in receipt of your August 19, 2022 letter on behalf of DeVry University ("DeVry"). Your letter requested that the Department provide additional information and documents in order for DeVry to respond to the Department's letter dated August 15, 2022 (hereafter, referred to as the Department's "Recoupment Notice"). In particular, you requested that the Department provide copies of the borrower defense applications for all 649 borrowers identified in Enclosure F to the Recoupment Notice as well as the necessary borrower identifiers. These include: 1) the educational program attended by each borrower; 2) the state law applicable to each borrower's claim; and 3) whether each borrower's discharge is subject to any offsets of amounts received from other sources.

You also requested that the Department provide the Full Statement of Facts to include the 136 exhibits and seven appendices referenced in Enclosures D and E of the Recoupment Notice. DeVry claims it cannot adequately respond to the notice without the details specific to each borrower who sought defense to repayment, and specific facts and laws upon which the Department relied in each individual case. In addition, you requested a key explaining the code for each of the loan types identified in Enclosure F[1]. Finally, you requested an extension to provide a response within 60 days of DeVry's receipt of the requested information to allow the institution an opportunity to review and respond to the complete notification and supporting documents.

The Department previously provided DeVry with borrower applications for 648 of the 649 borrowers identified in Enclosure F[2]. Accordingly, there is no need to do so again. The

---

[1] DeVry also asks for a key for the loan status codes, although Enclosure F provides a description for each of those status codes.  
[2] Enclosure F to the Recoupment Notice detailed the $23,638,104 in approved discharges for specific loan amounts and borrowers.



An OFFICE of the U.S. DEPARTMENT of EDUCATION

Administrative Actions and Appeals Service Group  
830 First St., N.E. Washington, D.C. 20002-8019  
StudentAid.gov

U.S. Department of Education Response
Page 2

Department is enclosing the one borrower application that was not previously provided. (Enclosure G). To assist DeVry in determining which applications are associated with the borrowers previously identified in Enclosure F, the Department has revised that enclosure to include columns identifying the case number associated with each borrower/Social Security Number, the applicable borrower defense regulation and the applicable state law. (Enclosure F-Revised). This will provide DeVry with the necessary crosswalk information to identify the borrower defense applications it has already received. The information concerning the students' program of study and any known offset information will be available on the borrower defense applications, if provided. Additionally, a description of each loan status was previously included in Enclosure F (see column F). Please note that a separate document provides a key to identify the loan types at issue. (Enclosure H).

The Department believes that it has met its obligation for beginning a borrower defense and recovery proceeding against DeVry under 34 C.F.R. § 668.87 generally, and that the statements of law and facts included to date meet the specific obligations under 34 C.F.R. § 668.87(a)(1)(ii) and provide DeVry with the necessary information to respond and/or request a hearing in accordance with 34 C.F.R. § 668.89.

The Department is confident, that with the provision of these documents, DeVry has the information and documents necessary to respond to the Recoupment Notice. As a result of the provision of these additional documents, the Department grants DeVry a 30-day extension from the date of receipt of these items to respond to the Recoupment letter, or until September 28, 2022.

Sincerely,

*Susan D. Crim*

Susan D. Crim
Director
Administrative Actions and Appeals Service Group

Enclosures Revised F-H via e-mail

cc: Mr. Thomas L. Monahan III, President and CEO
Mr. John Lorenz, Chief Financial Officer
Todd Davis, U.S. Department of Education, Office of General Counsel