# EXHIBIT F



September 19, 2022

Joseph J. Vaughan  Sent via email: jvaughan@cooley.com
Cooley, LLP
Reston Town Center
11951 Freedom Drive, 14th Floor
Reston, Virginia 20190-5656

Re: Initiation of Collection Action based on Discharge of Federal Student Loans from Borrowers with Approved Borrower Defense Claims for DeVry University (OPE-ID: 01072700, TIN: 362781982, UEI: MN6JA67LM213, RCN: BD-01072700-2022-N1)

Dear Mr. Vaughan:

The U.S. Department of Education ("Department") is in receipt of your September 12, 2022 letter on behalf of DeVry University ("DeVry"). Your letter requested that the Department provide additional information and documents in order for DeVry to respond to the Department's letter dated August 15, 2022 (hereafter, referred to as the Department's "Recoupment Notice"), which it claims it still does not have following the Department's August 29, 2022 correspondence. In particular, you requested that the Department provide copies of the borrower defense applications for 261 claims that DeVry asserts it never received, as well as access to two applications for which DeVry claims it is unable to access using the password provided by the Department. Additionally, your September 12th letter requests that the Department provide the applicable state law for adjudications that rely on that standard for all borrowers who are part of the Recoupment Notice.

You also reiterated your request from August 19th that the Department provide the Full Statement of Facts to include the 136 exhibits and seven appendices referenced in Enclosures D and E of the Recoupment Notice. DeVry claims it cannot adequately respond to the notice without the details specific to each borrower who sought defense to repayment, and specific facts and laws upon which the Department relied in each individual case. Finally, you requested an extension to provide a response within 60 days of DeVry's receipt of the requested information to allow the institution an opportunity to review and respond to the complete notification and supporting documents.

The Department has provided the 261 claims DeVry identified as having no record of receiving. A spreadsheet (Enclosure I) included with this letter lists the "missing" claims and shows that the information was emailed to DeVry officials. The spreadsheet includes the claim number and email subject line, as well as the date the claim was emailed to F. Willis Caruso, Jr. (bcaruso@devry.edu) at DeVry, with copies to John Lorenz and Barbara Bickett. Case number



Administrative Actions and Appeals Service Group
830 First St., N.E. Washington, D.C. 20002-8019
StudentAid.gov

U.S. Department of Education Response
Page 2

1478219 is highlighted on Enclosure I and was mistakenly emailed to the borrower instead of DeVry officials. However, this claim information was provided to DeVry as Enclosure G to the Department's August 29th correspondence. Additionally, the Department is providing two claims which DeVry was unable to access. These represent claims numbers 01417314 and 02099805, listed in footnote 1 of DeVry's September 12th letter (Enclosures J and K).

As stated in its August 19th correspondence, the Department's position is that it has met its obligation for beginning a borrower defense and recovery proceeding against DeVry under 34 C.F.R. § 668.87 generally, and that the statements of law and facts included to date meet the specific obligations under 34 C.F.R. § 668.87(a)(1)(ii) and provide DeVry with the necessary information to respond and/or request a hearing in accordance with 34 C.F.R. § 668.89. The Department notes that Enclosures D and E from its Recoupment Notice contain Statements of Facts. Although the Department has already provided DeVry with a sufficient statement of law and facts, in the interest of cooperation, the Department is enclosing with this communication a list of the 35 states - and the relevant statutes from those states - from which borrowers listed in this matter successfully asserted borrower defenses to repayment under 34 C.F.R. § 685.206(c) (the "1995 Borrower Defense Regulation"). *See* Enclosure L.

With the provision of these additional documents and clarifying information, DeVry has the information and documents necessary to respond to the Recoupment Notice, including requesting a hearing or submitting written material. The Department will allow DeVry until October 11, 2022 to respond to the recoupment letter as instructed in the Recoupment Notice but no further extensions will be granted. Additional questions or concerns regarding this letter should be directed to Todd Davis of the Department's Office of the General Counsel at Todd.Davis@ed.gov.

Sincerely,

Susan Crim
Digitally signed by Susan Crim
Date: 2022.09.19 15:25:23 -04'00'

Susan D. Crim
Director
Administrative Actions and Appeals Service Group

Enclosures I-L via e-mail

cc: Mr. Thomas L. Monahan III, President and CEO
Mr. John Lorenz, Chief Financial Officer
Todd Davis, U.S. Department of Education, Office of General Counsel