## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEVRY UNIVERSITY, INC. | |
| Plaintiff, | |
| v. | **PLAINTIFF DEVRY UNIVERSITY, INC.'S MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBIT E TO DEVRY'S COMPLAINT** |
| UNITED STATES DEPARTMENT OF EDUCATION and | |
| DR. MIGUEL CARDONA, *in his official capacity as Secretary of the United States Department of Education*, | Civil Action No. 1:22-cv-05549 Hon. Judge Nancy L. Maldonado Hon. Magistrate Judge Jeffrey Cole |
| Defendants. | |

### MOTION TO FILE UNDER SEAL

Plaintiff DeVry University, Inc. ("DeVry"), through its undersigned counsel and pursuant to Local Rule 26.2 of the U.S. District Court for the Northern District of Illinois, hereby requests leave to file under seal portions of Exhibit E to DeVry's Complaint (ECF No. 1-5) ("Exhibit E"). In support, DeVry states the following:

1.      On October 11, 2022, DeVry filed its Complaint (ECF No. 1) against the U.S. Department of Education ("Department") and Secretary Miguel Cardona (together, "Defendants").

2.      DeVry contemporaneously filed Exhibit E to its Complaint (ECF No. 1-5), which is a letter from DeVry's counsel to the Department concerning the subject matter of this suit. Exhibit E includes a seven-page appendix containing the first and last names of 252 individuals not party to this action.

3.      Concurrently with its October 11, 2022 filing, DeVry requested that the clerk of

1

court provisionally seal Exhibit E, consistent with Local Rule 26.2(c).[1]

4.      DeVry served Defendants with its Complaint (ECF No. 1) and Exhibit E (ECF No. 1-5) in unredacted form, consistent with Local Rule 26.2(e).[2]

5.      "The court may for good cause shown enter an order directing that one or more documents be filed under seal." L.R. 26.2(b). Here, Exhibit E, which contains an appendix listing the first and last names of the 252 individuals not party to this action, should be sealed to protect the confidentiality of those persons. *See, e.g.*, *Smith v. City of Chicago*, 2005 WL 3215572, at *3 (N.D. Ill. Oct. 31, 2005) (ordering party to redact names of non-parties from filing).  Moreover, the exhibit contains information related to debt held by persons listed in Exhibit E, which is sensitive personal information and further supports sealing.

6.      WHEREFORE, DeVry respectfully requests that this Court seal Exhibit E and grant DeVry leave to file a public-record version of Exhibit E redacting the names of all 252 non-party persons contained therein.

---

[1] Local Rule 26.2(c) provides that "[a]ny party wishing to file a document or portion of a document electronically under seal in connection with a motion" must "provisionally file the document electronically under seal" and "move the court for leave to file the document under seal." L.R. 26.2(c).

[2] Local Rule 26.2(e) provides that "[a]ny sealed document served on any other party and any judge's paper courtesy copy must be a complete version, without any redactions made to create the public-record version unless otherwise ordered for good cause shown."

Dated: October 13, 2022         *Respectfully submitted*,

        <u>*/s/ Matthew L. Kutcher*</u>
        MATTHEW L. KUTCHER
        BOBBY EARLES
        COOLEY LLP
        110 N. Wacker Drive, Suite 4200
        Chicago, IL 60606
        Telephone: (312) 881-6500
        Facsimile: (312) 881-6598
        mkutcher@cooley.com
        rearles@cooley.com

        DAVID E. MILLS (*pro hac vice*)
        JAY VAUGHAN (*pro hac vice*)
        COOLEY LLP
        1299 Pennsylvania Avenue, Suite 700
        Washington, D.C. 20004
        Telephone: (202) 842-7800
        Facsimile: (202) 842-7899
        dmills@cooley.com
        jvaughan@cooley.com

        *Attorneys for Plaintiff*
        *DeVry University, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 13, 2022, a true and correct copy of the foregoing

document was electronically filed with the Clerk of Court using the CM/ECF system, which will

provide electronic notification to all counsel of record and served first class mail on:

Dr. Miguel Cardona
400 Maryland Avenue SW
Washington, DC 20202

and

United States Department of Education
400 Maryland Avenue SW
Washington, DC 20202

*Defendants*

*/s/ Matthew L. Kutcher*
MATTHEW L. KUTCHER
