# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

DeVry University, Inc.

                       Plaintiff,

v.                                Case No.: 1:22–cv–05549
                                Honorable Nancy L. Maldonado

United States Department Of Education, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 29, 2022:

      MINUTE entry before the Honorable Nancy L. Maldonado: The status hearing set for 12/14/22 at 10:00 a.m. will be by Webex. The dial–in number for the public is: 650–479–3207; Access code: 23148630983. The parties will receive a Webex invitation by email. During the video hearing, the parties should turn off their cameras and mute their microphones until their case is called. All persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in court–imposed sanctions, including removal of court–issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.