UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DeVry University, Inc., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>EDUCATION, *et al.*, )<br>)<br>Defendants. ) | No. 22 C 5549<br><br>Judge Maldonado |

## **DEFENDANTS' MOTION TO DISMISS**

Defendants United States Department of Education and Dr. Miguel Cardona, in his official capacity as Secretary of Education, move to dismiss Plaintiff DeVry University, Inc.'s Complaint under Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), for the reasons explained in the accompanying memorandum of law.

Dated December 23, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Deputy Branch Director

*/s/Stuart J. Robinson*
STUART J. ROBINSON
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave., Suite 7-5395
San Francisco, CA 94102
Tel: (415) 436-6635
Fax: (415) 436-6632
Email: stuart.j.robinson@usdoj.gov
CA Bar No. 267183

*Counsel for Defendants*