# EXHIBIT 6



**UNITED STATES DEPARTMENT OF EDUCATION**
OFFICE OF HEARINGS AND APPEALS
400 MARYLAND AVENUE, S.W.
WASHINGTON, D.C. 20202
TELEPHONE (202) 245-8300

| | |
|---|---|
| **In the Matter of** | Docket No. 22-54-BD |
| | Borrower-Defense Proceeding |
| **DEVRY UNIVERSITY,** | OPE ID: 01072700 |
| **Respondent** | |

## PHASE ONE SCHEDULING ORDER OF JUNE 22, 2023

On June 5, 2023, after a June 2, 2023 pre-hearing conference, a revised scheduling order was issued that shortened the timeframes contained in the parties' jointly stipulated proposed schedule submitted to the tribunal on May 23, 2023. Subsequently, on June 9, 2023, the Department filed a supplemental statement regarding the case schedule contained in the June 5, 2023 order. The Department states that the parties have exchanged thousands of documents and need additional time to review them, that more time is needed to review the reports of rebuttal expert witnesses, and, given the likelihood of motions for summary disposition that will be filed, the Department anticipates additional time will be needed for briefing.

Also on June 9, 2023, Respondent submitted a supplemental statement regarding the phase one scheduling order. Respondent states that the Department did not produce any documents during the record exchange period and that only some of the sought documents were produced on May 24, 2023. Respondent also states that the phase one proceeding will require the review and analysis of hundreds of advertising documents and information that the Department still has not provided. Finally, Respondent notes that counsel for both parties have prior professional and personal commitments that necessitate an extended schedule.

While the tribunal seeks to address this appeal in a reasonably timeframe, based on the parties' respective June 9, 2023 submissions and the representations made therein, the tribunal now must revisit the scheduling order that shortened the timeframes. A schedule similar to what the parties initially proposed is appropriate. Consequently, the June 5, 2023 Order is **SET ASIDE.** It is **ORDERED** that the phase one scheduling order will be as follows:

1. By **July 7, 2023**, the Department shall file any responses to DeVry's June 21, 2023 requests for rulings. With its responses, the Department must file a detailed and specific explanation of its compliance with the procedural issues related to 34 CFR 685.222, including an affidavit from a Department official who was involved in issuing the Determination that sets out specifically how the determination was made with respect to the provisions of subsections (e), (f) and (h) of 34 CFR 685.222. In its affidavit, the Department must respond to DeVry's request with specificity on how and which regulatory provisions were applied. While the time to file responses is short, the information required to be provided in the Department responses has been requested of the Department since this case was filed in 2022.

2. The Parties shall file a joint status report, including respective positions on any issues of disagreement, and any requests for rulings on issues of disagreement, by **July 14, 2023**.

3. A status conference shall be held on **July 21, 2023**. Additionally, the parties should be prepared to address whether they contemplate filing any motions not provided for in the schedule below and, if so, to identify those motions and to set deadlines for their filing.

4. The Department shall file all phase one documentary evidence on which it intends to rely at the hearing and preliminary witness lists by **August 4, 2023**, provided that the Department may supplement the record with additional documentary evidence following this deadline for good cause shown.

5. Respondent shall file all phase one documentary evidence on which it intends to rely at the hearing and preliminary witness lists by **August 11, 2023**, provided that the Respondent may supplement the record with additional documentary evidence following this deadline for good cause shown.

6. The Parties shall file initial expert reports by **August 18, 2023**.

7. The Parties shall file rebuttal expert reports by **September 22, 2023**.

8. The Parties shall file any motions for summary disposition by **October 27, 2023**. Any motions for summary disposition must include statements of undisputed material facts with supporting exhibits and points and authorities or, if in opposition to a motion for summary disposition must include statements of disputed material facts with supporting exhibits and points and authorities.

9. The Parties shall file any responses to motions for summary disposition by **November 22, 2023**.

10. The Parties shall file any replies to responses to motions for summary disposition by **December 8, 2023**.

11. The Parties shall submit a joint pre-hearing order, which shall include statements of claims, defenses, stipulated facts, and significant legal issues; a list of each Party's witnesses; and a list of each Party's hearing exhibits, by **December 22, 2023**.

12. The Parties shall file any motions in limine by **January 5, 2024**.

13. The Parties shall file any responses to motions in limine by **January 12, 2024**.

14. The Parties shall file hearing briefs and submit hearing exhibits by **January 16, 2024**.

15. The phase one hearing shall take place the week beginning **January 22, 2024**.

**DATE OF ORDER: JUNE 22, 2023**

Robert Layton
Digitally signed by Robert Layton
Date: 2023.06.22 12:34:42 -04'00'

Robert Layton
Administrative Law Judge

3

<u>SERVICE</u>

This Order has been sent by OES electronic service to:

Jay Vaughan, Esq.
David E. Mills, Esq.
Caitlin B. Munley, Esq.
Katherine Lee Carey, Esq.
Cooley LLP
1299 Pennsylvania Avenue, N.W.
Suite 700
Washington, D.C. 20004
By automatic email notice generated by OES.

And to:

Todd Davis, Esq.
Sue Lin, Esq.
Samuel R. Bissell, Esq.
John Patrick Bailey, Esq.
Office of General Counsel
United States Department of Education
400 Maryland Avenue, S.W.
Washington, D.C. 20202
By automatic email notice generated by OES.