**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division**

DeVry University, Inc.

                  Plaintiff,

v.                    Case No.: 1:22−cv−05549
                    Honorable LaShonda A. Hunt

United States Department Of Education, et al.

                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 10, 2023:

   MINUTE entry before the Honorable LaShonda A. Hunt: The Court has reviewed Defendant's Response to Plaintiff's Motion for Leave to File First Amended Complaint [40], stating that Defendant does not oppose the motion. As such, Plaintiff's Motion for Leave to File First Amended Complaint [33] is granted and the briefing schedule for that motion [34] is stricken. Plaintiff is ordered to file its First Amended Complaint on the docket as a separate entry. Additionally, Defendant's Motion to Dismiss [21] is denied without prejudice, as it no longer applies to the operative pleading in this matter. The deadline for Defendant's responsive pleading to the First Amended Complaint is stayed pending resolution of Plaintiff's Motion for Preliminary Injunction [38]. The briefing schedule for Plaintiff's Motion for Preliminary Injunction [39] remains set. Emailed notice.(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.