# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

DeVry University, Inc.

                                          Plaintiff,

v.                                                      Case No.: 1:22−cv−05549

                                                     Honorable LaShonda A. Hunt

United States Department Of Education, et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 18, 2023:

       MINUTE entry before the Honorable LaShonda A. Hunt: In light of the Notice of Withdrawal of Motion for Preliminary Injunction by DeVry University, Inc. [55], Plaintiff's Motion for Preliminary Injunction [38] is terminated as moot. Defendants' response to the First Amended Complaint is due by 11/8/23. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.