# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DEVRY UNIVERSITY, INC., | |
| Plaintiff, | Case No. 1:22-cv-05549 |
| v. | Judge LaShonda A. Hunt |
| UNITED STATES DEPARTMENT OF EDUCATION, *et al.*, | |
| Defendants. | |

## DEFENDANTS' MOTION TO DISMISS

Defendants United States Department of Education and Dr. Miguel Cardona, in his official capacity as Secretary of Education, move to dismiss Plaintiff DeVry University, Inc.'s First Amended Complaint under Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), for the reasons explained in the accompanying brief.

Dated November 8, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Stuart J. Robinson*
STUART J. ROBINSON
Senior Counsel
CYNTHIA LIAO
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave., Suite 7-5395
San Francisco, CA 94102
Tel: (415) 436-6635
Fax: (415) 436-6632

Email: stuart.j.robinson@usdoj.gov
CA Bar No. 267183

*Counsel for Defendants*