# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DEVRY UNIVERSITY, INC., | |
| Plaintiff, | Case No. 1:22-cv-05549 |
| v. | Judge LaShonda A. Hunt |
| UNITED STATES DEPARTMENT OF EDUCATION, *et al.*, | |
| Defendants. | |

## [PROPOSED] ORDER

Upon consideration of Defendants' motion to dismiss, it is hereby

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that Plaintiff's First Amended Complaint is DISMISSED.

**SO ORDERED**


Dated: _____

                                                          LASHONDA A. HUNT
                                                        United States District Judge