UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEVRY UNIVERSITY, INC.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION and<br><br>DR. MIGUEL CARDONA, *in his official capacity as Secretary of the United States Department of Education*,<br><br>Defendants. | Case No. 1:22-cv-05549<br><br>Honorable LaShonda A. Hunt |

**PLAINTIFF'S NOTICE OF MOTION FOR UNOPPOSED MOTION FOR LEAVE TO CITE SUPPLEMENTAL AUTHORITY**

Plaintiff DeVry University, Inc. ("DeVry") hereby gives notice of its unopposed motion for leave to bring to this Court's attention a supplemental authority in connection with the pending motion to dismiss filed by Defendants United States Department of Education and the Secretary of Education (together, the "Department"). The relevant supplemental authority is the Fifth Circuit's decision issued in *Career Colleges & Schools of Texas v. United States Department of Education*, No. 23-50491, 2024 WL 1461737 (5th Cir. Apr. 4, 2024). DeVry discusses the basis for this motion for leave in its accompanying brief in support of the motion. DeVry has conferred with the Department on this motion, and the Department does not oppose it.

| | |
|---|---|
| Dated: April 9, 2024 | Respectfully submitted, |// 
| | /s/ Matthew Kutcher |
| | MATTHEW KUTCHER |
| | BOBBY EARLES |
| | COOLEY LLP |
| | 110 N. Wacker Drive |
| | Suite 4200 |
| | Chicago, IL 60606 |
| | Telephone: (312) 881-6500 |
| | Facsimile: (312) 881-6598 |
| | mkutcher@cooley.com |
| | rearles@cooley.com |
| | |
| | DAVID E. MILLS (*pro hac vice*) |
| | JAY VAUGHAN (*pro hac vice*) |
| | ROBBY L.R. SALDAÑA (*pro hac vice*) |
| | COOLEY LLP |
| | 1299 Pennsylvania Avenue |
| | Suite 700 |
| | Washington, DC 20004 |
| | Telephone: (202) 842-7800 |
| | Facsimile: (202) 842-7899 |
| | dmills@cooley.com |
| | jvaughan@cooley.com |
| | rsaldana@cooley.com |
| | |
| | *Attorneys for Plaintiff* |
| | *DeVry University, Inc.* |