UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEVRY UNIVERSITY, INC.<br><br>              Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION and<br><br>DR. MIGUEL CARDONA, *in his official capacity as Secretary of the United States Department of Education*,<br><br>              Defendants. | Case No. 1:22-cv-05549<br><br>Honorable LaShonda A. Hunt |

### PLAINTIFF'S BRIEF IN SUPPORT OF ITS UNOPPOSED MOTION FOR LEAVE TO CITE SUPPLEMENTAL AUTHORITY

Plaintiff DeVry University, Inc. ("DeVry") hereby submits this brief in support of its motion for leave to bring to this Court's attention a supplemental authority in connection with the pending motion to dismiss filed by Defendants United States Department of Education and the Secretary of Education (together, the "Department"). The relevant supplemental authority is the Fifth Circuit's decision issued in *Career Colleges & Schools of Texas v. United States Department of Education*, No. 23-50491, 2024 WL 1461737 (5th Cir. Apr. 4, 2024) ("*CCST*"). *See* Exhibit A. DeVry has conferred with the Department on this Motion. The Department does not oppose the Motion.

On November 8, 2023, the Department moved to dismiss DeVry's First Amended Complaint ("FAC"). (ECF No. 59.) DeVry filed its opposition to the Department's motion to dismiss on December 13, 2023. (ECF No. 60.) Briefing on the Department's motion closed on January 10, 2024, upon the filing of the Department's reply brief. (ECF No. 62.) The

-1-

Department's motion is not currently set for oral argument.

The *CCST* decision issued after the close of briefing on the Department's motion to dismiss pertains to at least the following issues raised in the motion to dismiss briefing before the Court:

- Whether DeVry has Article III standing to challenge the Department's 2017 borrower defense to repayment ("BDR") rule given the Rule's increased regulatory burden and expansion of BDR claims, *compare CCST*, 2024 WL 1461737, at *7–8, *with* ECF No. 59-1 at 16; ECF No. 60 at 8; ECF No. 62 at 7;

- Whether the Department's BDR regulations raise constitutional separation of powers concerns, *compare CCST*, 2024 WL 1461737, at *12, 15, *with* ECF No. 59-1 at 10; ECF No. 60 at 21, 24–25;

- Whether § 1087e(h) authorizes the Department to create affirmative BDR claims, *compare CCST*, 2024 WL 1461737, at *12–15, *with* ECF No. 59-1 at 18–23; ECF No. 60 at 22–23; ECF No. 62 at 8–9;

- Whether § 1087e(h) authorizes the Department to administratively adjudicate BDR claims and administratively seek recoupment against an institution, *compare CCST*, 2024 WL 1461737, at *18–20, *with* ECF No. 59-1 at 18–23; ECF No. 60 at 21–24; ECF No. 62 at 8–9; and

- Whether 20 U.S.C. § 1087e(h) authorizes the Department's group-based BDR discharges, *compare CCST*, 2024 WL 1461737, at *21–22, *with* ECF No. 59-1 at 23–25; ECF No. 60 at 30; ECF No. 62 at 10–12.

For the foregoing reasons, DeVry requests that the Court grant DeVry leave to cite the *CCST* decision as supplemental authority that bears on the Court's resolution of the Department's motion to dismiss the FAC.

| | |
|---|---|
| Dated: April 9, 2024 | Respectfully submitted,<br><br>*/s/ Matthew Kutcher*<br>MATTHEW KUTCHER<br>BOBBY EARLES<br>COOLEY LLP<br>110 N. Wacker Drive<br>Suite 4200<br>Chicago, IL 60606<br>Telephone: (312) 881-6500<br>Facsimile: (312) 881-6598<br>mkutcher@cooley.com<br>rearles@cooley.com<br><br>DAVID E. MILLS (*pro hac vice*)<br>JAY VAUGHAN (*pro hac vice*)<br>ROBBY L.R. SALDAÑA (*pro hac vice*)<br>COOLEY LLP<br>1299 Pennsylvania Avenue<br>Suite 700<br>Washington, DC 20004<br>Telephone: (202) 842-7800<br>Facsimile: (202) 842-7899<br>dmills@cooley.com<br>jvaughan@cooley.com<br>rsaldana@cooley.com<br><br>*Attorneys for Plaintiff*<br>*DeVry University, Inc.* |