# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

DeVry University, Inc.

                        Plaintiff,

v.

United States Department Of Education, et al.

                        Defendant.

Case No.: 1:22−cv−05549

Honorable LaShonda A. Hunt

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 10, 2024:

      MINUTE entry before the Honorable LaShonda A. Hunt: Plaintiff's Notice of Motion for Unopposed Motion for Leave to Cite Supplemental Authority [63] is granted. No appearance is necessary on 6/18/24. Counsel is reminded that Local Rule 5.3 provides that the date of presentment shall not be more than 14 days following the date on which the motion is filed. Defendants' Motion to Dismiss [59] is fully briefed and taken under advisement for ruling by mail. The parties will be notified if the Court believes that oral argument is necessary. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.