**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DEVRY UNIVERSITY, INC., | |
| Plaintiff, | Case No. 1:22-cv-05549 |
| v. | Judge LaShonda A. Hunt |
| UNITED STATES DEPARTMENT OF EDUCATION, *et al.*, | |
| Defendants. | |

**DEFENDANTS' UNOPPOSED MOTION FOR
LEAVE TO CITE SUPPLEMENTAL AUTHORITY**

Defendants United States Department of Education and the Secretary of Education seek leave to cite new, supplemental authority relevant to their pending motion to dismiss (ECF No. 59). Briefing on the motion to dismiss was completed on January 10, 2024. *See* Defs.' Reply (ECF No. 62) (filed Jan. 10, 2024). On June 4, 2024, the Tenth Circuit issued *Leachco, Inc. v. Consumer Product Safety Comm'n*, 103 F.4th 748 (10th Cir. 2024). *Leachco* addresses the following issues of relevance to the pending motion to dismiss:

1. Whether ALJs' statutory removal protections under 5 U.S.C. § 7521 are consistent with Article II; and

2. Whether, to obtain relief, a party challenging an ongoing administrative proceeding must demonstrate harm caused by the allegedly unconstitutional removal protections under *Collins v. Yellen*, 141 S. Ct. 1761 (2021).

Defendants also bring to the Court's attention the Supreme Court's recent decision in *SEC v. Jarkesy*, ---S. Ct.---, No. 22-859, 2024 WL 3187811 (U.S. June 27, 2024). The question of whether ALJs' statutory removal protections under 5 U.S.C. § 7521 violate Article II was one of three questions on

1

which the Supreme Court had granted certiorari. However, the Supreme Court ultimately decided not to address the ALJ removal question. *Id.* at *7, 17. *Jarkesy* was decided on June 27, 2024, also after the close of briefing on Defendants' pending motion to dismiss.

For these reasons, the Court should grant Defendants leave to cite *Leachco* as supplemental authority. Defendants have conferred with Plaintiffs' counsel regarding this motion and Plaintiffs do not object.

Dated: July 3, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

STUART J. ROBINSON
Senior Counsel

*/s/ Cynthia Liao*
CYNTHIA LIAO
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (202) 531-1325
Email: cynthia.f.liao@usdoj.gov

*Counsel for Defendants*