**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| DEVRY UNIVERSITY, INC. | |
| Plaintiff, | |
| v. | Case No. 1:22-cv-05549 |
| UNITED STATES DEPARTMENT OF EDUCATION and | Honorable LaShonda A. Hunt |
| DR. MIGUEL CARDONA, *in his official capacity as Secretary of the United States Department of Education*, | |
| Defendants. | |

**PLAINTIFF'S NOTICE OF MOTION FOR PARTIALLY UNOPPOSED MOTION FOR LEAVE TO CITE SUPPLEMENTAL AUTHORITY**

Plaintiff DeVry University, Inc. ("DeVry") hereby gives notice of its partially unopposed motion for leave to bring to this Court's attention supplemental authority in connection with the pending motion to dismiss filed by Defendants United States Department of Education and the Secretary of Education (together, the "Department"). The relevant supplemental authorities are the United States Supreme Court's decisions issued in *Loper Bright Enterprises v. Raimondo*, No. 22-1219, 2024 WL 3208360 (U.S. June 28, 2024), and *SEC v. Jarkesy*, No. 22-859, 2024 WL 3187811 (U.S. June 27, 2024). DeVry discusses the basis for this motion for leave in its accompanying brief in support of the motion.

DeVry has conferred with the Department on this motion. Defendants' position is that: "Defendants have no objection to Plaintiff citing *Loper Bright* as supplemental authority. However, Defendants do not believe *Jarkesy*'s Seventh Amendment holding is relevant, as there is no Seventh Amendment claim in this case." DeVry notes that Defendants, in their pending

-1-

motion for leave to cite supplemental authority (which DeVry did not oppose), cited *Jarkesy* as relevant to the pending motion to dismiss briefing, but Defendants did not seek permission from the Court to cite *Jarkesy* as supplemental authority. *See* ECF No. 67 at 1-2.

For the reasons set forth in the accompanying brief, DeVry requests that the Court grant DeVry's motion for leave.

Dated: July 9, 2024                                        Respectfully submitted,

<u>/s/ Matthew Kutcher</u>
MATTHEW KUTCHER
BOBBY EARLES
COOLEY LLP
110 N. Wacker Drive
Suite 4200
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598
mkutcher@cooley.com
rearles@cooley.com

DAVID E. MILLS (*pro hac vice*)
JAY VAUGHAN (*pro hac vice*)
ROBBY L.R. SALDAÑA (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Avenue
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
dmills@cooley.com
jvaughan@cooley.com
rsaldana@cooley.com

*Attorneys for Plaintiff*
*DeVry University, Inc.*