# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

DeVry University, Inc.

                        Plaintiff,

v.                                                                  Case No.:
                                                                         1:22−cv−05549

                                                                           Honorable LaShonda A. Hunt

United States Department Of Education, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 10, 2024:

      MINUTE entry before the Honorable LaShonda A. Hunt: The Court has reviewed Defendants' Unopposed Motion for Leave to Cite Supplemental Authority [67] and Plaintiff's Partially Unopposed Motion for Leave to Cite Supplemental Authority [69]. Neither fully complies with this Court's procedures regarding citations of supplemental authority. Defendants cite to a Tenth Circuit case but then add commentary about a recent U.S. Supreme Court decision. Plaintiff filed a four−page memorandum [70] arguing about its cited U.S. Supreme Court decision and partially opposing Defendants' citation. Typically, the Court would strike these filings as non−compliant. However, these decisions raise important questions about how to proceed in this case, including whether supplemental briefing on the impact of these binding Supreme Court rulings (and other potentially persuasive but non−binding Circuit rulings) is warranted. For those reasons, both motions [67] and [69] will be denied without prejudice. No appearances are required on 7/17/24 or 7/23/24. However, the parties are ordered to meet and confer and by 7/23/24, file a joint status report setting forth their respective positions on proposed next steps in the case. A telephonic status hearing is set for 7/31/24 at 9:30AM. Attorneys/Parties should appear for the hearing by calling the Toll−Free Number: 877−336−1828, Access Code: 4082461. Members of the public and media may call in to listen to the hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.