## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

DEVRY UNIVERSITY, INC.

                Plaintiff,

   v.

UNITED STATES DEPARTMENT OF EDUCATION and

DR. MIGUEL CARDONA, *in his official capacity as Secretary of the United States Department of Education*,

             Defendants.

Case No. 1:22-cv-05549

Honorable LaShonda A. Hunt

### JOINT STATUS REPORT

Plaintiff DeVry University, Inc. and Defendants the United States Department of Education and Dr. Miguel Cardona, in his official capacity as Secretary of Education (collectively, the "Department," and with Plaintiff, "the Parties"), jointly submit this status report pursuant to the Court's Order dated July 10, 2024. (ECF No. 70.)

### BACKGROUND

1.      On October 11, 2022, DeVry initiated this action. (ECF No. 1.) DeVry's original complaint asserted four claims under the Administrative Procedures Act:

- In Count 1, DeVry alleges the Department acted beyond its limited statutory authority by promulgating the 2017 borrower defense to repayment ("BDR") Rule, specifically by authorizing "group" discharges and expanding the definition of the term "notice" and applying it retroactively. 5 U.S.C. § 706(2)(C); (ECF No. 1 ¶¶ 77–85).

-1-

- In Count 2, DeVry alleges the Department failed to follow the Administrative Procedure Act ("APA") notice and comment procedures in promulgating the 2017 BDR Rule, failed to follow its own regulations in issuing a 2021 Policy Memoranda adopting a presumption of full relief, and wrongly applied that presumption in granting discharges. 5 U.S.C. § 706(2)(D); (ECF No. 1 ¶¶ 86, 94).

- In Count 3, DeVry alleges the Department has acted arbitrarily and capriciously in initiating the Recoupment Action based on the conduct alleged in Counts 1 and 2. 5 U.S.C. § 706(2)(D); (ECF No. 1. ¶¶ 96–100).

- In Count 4, DeVry alleges constitutional due process violations because the Department's 2017 BDR Rule provides no durational limit on the authority to initiate a recoupment proceeding, and the Department's group adjudication Rules are facially defective. 5 U.S.C. § 706(2)(B); (ECF No. 1 ¶¶ 102–03, 106, 109).

2.    On July 10, 2023, DeVry amended its Complaint to add two constitutional claims:

- Count 5 alleges the Department's ALJs' are unconstitutionally insulated from removal by the President in violation of Article II of the Constitution. (ECF No. 42 ¶¶ 160-62).

- Count 6 alleges that the Department's recoupment action and regulations exceed the authority Congress delegated to the Department, in violation of Article I of the Constitution. (ECF No. 42 ¶¶ 165-66.)

3.    On November 8, 2023, the Department moved to dismiss DeVry's First Amended Complaint. (ECF No. 59.) DeVry filed an opposition on December 13, 2023 (ECF No. 60), and

the Department replied on January 10, 2024 (ECF No. 62.)  The motion is fully briefed.

## RECENT DEVELOPMENTS

4.     During the pendency of the Department's motion to dismiss, there have been several relevant legal developments.

5.     On April 9, 2024, DeVry filed a notice of supplemental authority regarding the Fifth Circuit's decision in *Career Colleges & Schools of Texas v. United States Department of Education*, 98 F.4th 220 (5th Cir. 2024).  (ECF No. 64.)

6.     On July 3, 2024, the Department filed a notice of supplemental authority regarding the Tenth Circuit's decision in *Leachco, Inc. v. Consumer Product Safety Commission*, 103 F.4th 748 (10th Cir. 2024), and the Supreme Court's decision in *Securities and Exchange Commission v. Jarkesy*, 144 S. Ct. 2117 (2024) ("*Jarkesy*").  (ECF No. 67.)

7.     On July 9, 2024, DeVry filed a notice of supplemental authority regarding the Supreme Court decisions in *Loper Bright Enterprises v. Raimondo*, 144 S. Ct. 2244 (2024), and *Jarkesy*.  (ECF No. 70.)

8.     On July 10, 2024, the Court denied without prejudice both Parties' motions for leave to file supplemental authority, ordered the Parties to meet and confer on next steps in light of recent Supreme Court and other decisions, and file a joint status report recommending next steps in the litigation.

## AMENDMENT OF THE COMPLAINT

9.     On July 18, 2024, the Parties met and conferred, as directed by the Court's July 10, 2024 Order.  (ECF No. 72.)

10.     As DeVry informed the Department, DeVry wishes to file a Second Amended Complaint to add a claim under the Seventh Amendment in light of the Supreme Court's decision

in *Jarkesy*.

11.     The Department does not oppose DeVry's filing of an amended complaint to add a Seventh Amendment claim but reserves all rights to oppose the new claim.

12.     The Parties have agreed that DeVry may file the Second Amended Complaint no later than August 7, 2024.

### PROPOSED BRIEFING SCHEDULE

13.     The Department intends to move to dismiss DeVry's Second Amended Complaint, and the Parties jointly propose the following schedule on the anticipated motion to dismiss:

- Defendants' brief in support of their motion to dismiss is due on or before September 25, 2024;

- Plaintiff's opposition to Defendants' motion to dismiss is due on or before October 30; and

- Defendants' reply brief in support of their motion to dismiss is due on or before November 20.

14.     The Parties seek leave for additional pages to brief the motion to dismiss in light of the number of anticipated issues to be addressed, including the applicability of recent Supreme Court and other appellate decisions.  The Parties therefore respectfully propose that Defendants' memorandum in support of their motion shall not exceed 40 pages, that Plaintiff's memorandum in opposition to Defendants' motion shall not exceed 40 pages, and that Defendants' reply memorandum in support of their motion shall not exceed 20 pages.  All page limitations shall exclude the title page, table of contents, table of authorities, and the signature block.

Dated: July 23, 2024

Respectfully submitted,

/s/ Matthew Kutcher
MATTHEW KUTCHER
BOBBY EARLES
COOLEY LLP
110 N. Wacker Drive
Suite 4200
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598
mkutcher@cooley.com
rearles@cooley.com

DAVID E. MILLS (*pro hac vice*)
JAY VAUGHAN (*pro hac vice*)
ROBBY L.R. SALDAÑA (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Avenue
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
dmills@cooley.com
jvaughan@cooley.com
rsaldana@cooley.com

*Attorneys for Plaintiff*
*DeVry University, Inc.*

/s/Stuart J. Robinson
STUART J. ROBINSON
Senior Counsel
CYNTHIA LIAO
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave., Suite 7-5395
San Francisco, CA 94102
Tel: (415) 436-6635
Fax: (415) 436-6632
Email: stuart.j.robinson@usdoj.gov

*Counsel for Defendants*