# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

DeVry University, Inc.

                                        Plaintiff,

v.                                                       Case No.: 1:22−cv−05549

                                                                Honorable LaShonda A. Hunt

United States Department Of Education, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 24, 2024:

        MINUTE entry before the Honorable LaShonda A. Hunt: Upon consideration of the parties' joint status report [73], the Court adopts their proposal for next steps in the case. Plaintiff is granted leave to file a Second Amended Complaint by 8/7/24. Briefing on Defendants' anticipated motion to dismiss that amended complaint will proceed as follows: Defendants' brief in support (not to exceed 40 pages of argument) due by 9/25/24; Plaintiff's opposition brief (not to exceed 40 pages of argument) due by 10/30/24; and Defendants' reply brief (not to exceed 20 pages of argument) due by 11/20/24. Parties may state in their briefs if they request oral argument on the motion to dismiss, whether in−person or telephonic. In light of the forthcoming amended complaint, Defendants' Motion to Dismiss [59] the First Amended Complaint [42] is terminated as moot. The status hearing set for 7/31/24 is stricken. The Court will enter an appropriate order once the motion to dismiss is fully briefed. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.