## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| DEVRY UNIVERSITY, INC., | |
| Plaintiff, | Case No. 1:22-cv-05549 |
| v. | Judge LaShonda A. Hunt |
| UNITED STATES DEPARTMENT OF EDUCATION, *et al.*, | |
| Defendants. | |

### DEFENDANTS' MOTION TO DISMISS

Defendants United States Department of Education and Dr. Miguel Cardona, in his official capacity as Secretary of Education, move to dismiss Plaintiff DeVry University, Inc.'s Second Amended Complaint under Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), for the reasons explained in the accompanying brief.


Dated: September 25, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Cynthia Liao*
STUART J. ROBINSON
Senior Counsel
CYNTHIA LIAO
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005

Tel: (202) 531-1325
Email: cynthia.f.liao@usdoj.gov

*Counsel for Defendants*