**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| DEVRY UNIVERSITY, INC., | |
| Plaintiff, | |
| v. | Case No. 1:22-cv-05549 |
| UNITED STATES DEPARTMENT OF EDUCATION and | Honorable April M. Perry |
| DENISE CARTER, *in her official capacity as Acting Secretary of the United States Department of Education*,[1] | |
| Defendants. | |

**PLAINTIFF'S UNCONTESTED MOTION TO STAY PROCEEDINGS**

Plaintiff DeVry University, Inc. ("DeVry"), by and through undersigned counsel, respectfully moves to stay these proceedings pending resolution by the United States Supreme Court of *Department of Education v. Career Colleges & Schools of Texas*, No. 24-413 (cert. granted Jan. 10, 2025) ("*CCST*"), which is currently before the Supreme Court on a petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit. As explained more fully in DeVry's concurrently filed memorandum in support of this motion, this Court should grant the motion and stay these proceedings because the Supreme Court's guidance in *CCST* on questions at issue in the Department's pending motion to dismiss DeVry's Second Amended Complaint in this action will simplify the issues in this action and reduce the burden of litigation on the parties and the Court, and no party will be prejudiced by a stay. Pursuant to this Court's

---

[1] Acting Secretary Carter is substituted for former Secretary Miguel Cardona as a party in this case pursuant to Federal Rule of Civil Procedure 25(d). *E.g.*, *Rushing v. Experian Info. Sols., Inc.*, 2021 WL 873060, at *1 n.1 (N.D. Ill. Mar. 8, 2021).

Rules, DeVry has conferred with the Department, and the Department takes no position on this motion.

Dated: January 24, 2025

Respectfully submitted,

/s/ Matthew Kutcher
MATTHEW KUTCHER
BOBBY EARLES
COOLEY LLP
110 N. Wacker Drive
Suite 4200
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598
mkutcher@cooley.com
rearles@cooley.com

DAVID E. MILLS (*pro hac vice*)
JAY VAUGHAN (*pro hac vice*)
ROBBY L.R. SALDAÑA (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Avenue
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
dmills@cooley.com
jvaughan@cooley.com
rsaldana@cooley.com

*Attorneys for Plaintiff*
*DeVry University, Inc.*