# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

DeVry University, Inc.

                      Plaintiff,

v.                                       Case No.: 1:22–cv–05549
                                               Honorable April M. Perry

United States Department Of Education, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 27, 2025:

      MINUTE entry before the Honorable April M. Perry: Plaintiff's uncontested motion to stay proceedings [82] is granted. The parties are directed to file a Joint Status Report within 10 days of the Supreme Court's ruling in Department of Education v. Career Colleges & Schools of Texas, No. 24–413 (cert. granted Jan. 10, 2025). Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.