# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

DeVry University, Inc.

                                   Plaintiff,

v.                                       Case No.: 1:22–cv–05549
                                                 Honorable April M. Perry

United States Department Of Education, et al.

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 3, 2025:

      MINUTE entry before the Honorable April M. Perry: The Court appreciates the Joint Status Report submitted by the parties [89]. Based upon the parties' belief that the Supreme Court's ruling in Department of Education v. Career Colleges & Schools of Texas will "go to the heart of the dispute between the Parties," Doc. 89 at 2, the Court agrees to continue the stay. The Court strikes the pending motion to dismiss [76], without prejudice to the motion being refiled once the Supreme Court has issued its opinion. The parties are asked to submit a joint status report within 10 days of the Supreme Court's ruling, setting forth a proposed briefing schedule or any other relevant proposals for moving the case forward. Mailed notice. (jcc,)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.