UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEVRY UNIVERSITY, INC.<br><br>                 Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, *et al.*,<br><br>                 Defendants. | Case No. 1:22-cv-05549<br><br>Honorable April M. Perry |

**JOINT STATUS REPORT**

Plaintiff DeVry University, Inc. and Defendants the United States Department of Education and Linda McMahon, in her official capacity as Secretary of Education (collectively, the "Department," and with Plaintiff, "the Parties"), jointly submit this status report ("JSR") pursuant to the Court's Minute Order dated July 3, 2025. (ECF No. 90.)

    1.    In this action, Plaintiff seeks to enjoin the Department from seeking recoupment from DeVry to pay for discharges of federal student debt that the Department granted and a declaration that the Department acted without statutory and constitutional authority. (ECF No. 75, Plaintiff's Second Amended Complaint ("SAC").)

    2.    On January 27, 2025, at Plaintiff's request, this Court stayed the proceedings pending the Supreme Court's decision in *Department of Education v. Career College & Schools of Texas* (*"CCST"*), No. 24-413, and directed the Parties to file a JSR within 10 days of the Supreme Court's ruling. (ECF No. 85).

    3.    On June 20, 2025, the Court instructed the Parties to submit a further JSR concerning the propriety of continuing the stay given the pause of the briefing schedule in *CCST*. (ECF No. 88.) The Court also requested the Parties' respective positions on whether to strike the

-1-

Department's then-pending motion to dismiss "without prejudice to the motion being refiled once the Supreme Court has weighed in, so the briefing can reflect the current state of the law." (*Id.*)

4. The Parties submitted a JSR on July 2, 2025. (ECF No. 89.) The Parties agreed that the stay should remain in place pending the Supreme Court's decision in *CCST* because the issues in that case "go to the heart of the dispute between the Parties." (*Id.* at 2.) The Parties did not object to the Court striking the motion to dismiss without prejudice to its refiling once the Supreme Court issued a decision in *CCST*. (*Id.*)

5. In response to that JSR, the Court agreed to continue the stay in this case and struck the Department's motion to dismiss without prejudice. (ECF No. 90.) The Court directed the Parties to submit a JSR within 10 days of the Supreme Court's ruling in *CCST*, "setting forth a proposed briefing schedule or any other relevant proposals for moving the case forward." (*Id.*)

6. On August 11, 2025, the Supreme Court dismissed *CCST* pursuant to a joint stipulation of dismissal filed by the parties in that case. Accordingly, there is no longer a forthcoming Supreme Court ruling in *CCST*.

7. The Parties have conferred on next steps given the Supreme Court's dismissal of *CCST*. Currently, the Parties are in discussions to resolve this case, and need additional time to continue those discussions.

8. The Parties propose that the Court continue the stay for an additional 45 days. If the Parties resolve the case, the Parties will advise the Court in writing. If the Parties have not reached a settlement by the end of the 45-day period, the Parties propose that they file a JSR, setting forth a proposed briefing schedule or another relevant proposal for moving the case forward.

Date: August 20, 2025                                             Respectfully submitted,

| | |
|---|---|
| /s/ Matthew Kutcher | BRETT A. SHUMATE |
| MATTHEW KUTCHER | Assistant Attorney General |
| BOBBY EARLES | |
| COOLEY LLP | MICHELLE BENNETT |
| 110 N. Wacker Drive | Assistant Branch Director |
| Suite 4200 | |
| Chicago, IL 60606 | /s/ Lydia J. Jines |
| Telephone: (312) 881-6500 | LYDIA J. JINES |
| Facsimile: (312) 881-6598 | Trial Attorneys |
| mkutcher@cooley.com | United States Department of Justice |
| rearles@cooley.com | Civil Division, Federal Programs Branch |
| | 1100 L St. NW |
| DAVID E. MILLS (*pro hac vice*) | Washington, DC 20005 |
| JAY VAUGHAN (*pro hac vice*) | Tel: (202) 353-5652 |
| ROBBY L.R. SALDAÑA (*pro hac vice*) | Fax: (202) 616-8470 |
| COOLEY LLP | E-mail: lydia.jines@usdoj.gov |
| 1299 Pennsylvania Avenue | |
| Suite 700 | *Attorneys for Defendants* |
| Washington, DC 20004 | |
| Telephone: (202) 842-7800 | |
| Facsimile: (202) 842-7899 | |
| dmills@cooley.com | |
| jvaughan@cooley.com | |
| rsaldana@cooley.com | |

*Attorneys for Plaintiff DeVry University, Inc.*