UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEVRY UNIVERSITY, INC.<br><br>    Plaintiff,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, *et al.*,<br><br>    Defendants. | Case No. 1:22-cv-05549<br><br>Honorable April M. Perry |

## JOINT STATUS REPORT

  Plaintiff DeVry University, Inc. and Defendants the United States Department of Education and Linda McMahon, in her official capacity as Secretary of Education (collectively, the "Department," and with Plaintiff, "the Parties"), jointly submit this status report pursuant to the Court's Minute Order dated November 26, 2025 (ECF No. 98).

  1. In this action, Plaintiff requests declaratory and injunctive relief, seeking to enjoin the Department from "imposing on DeVry an obligation to pay for massive discharges of student debt that the Department unilaterally granted without DeVry's meaningful participation" and a declaration that the Department acted without statutory and constitutional authority, among other relief. Plaintiff's Second Amended Complaint (ECF No. 75).

  2. On January 27, 2025, this Court stayed the proceedings pending the Supreme Court's decision in *Department of Education v. Career College & Schools of Texas* ("*CCST*"), No. 24-413, and directed the Parties to file a Joint Status Report ("JSR") within 10 days of the Supreme Court's ruling. (ECF No. 85).

  3. On July 3, 2025, the Court struck the Defendants' pending motion to dismiss without prejudice to being refiled. (ECF No. 90).

4. On August 11, 2025, the Supreme Court dismissed *CCST* pursuant to a joint stipulation of dismissal filed by the parties in that case, without issuing a ruling on the merits.

5. Subsequently, the Parties informed the Court that they were in discussions to resolve the case and the Court has extended the stay through January 9, 2025. (*See* ECF Nos. 91 – 98.)

6. The Parties are still engaged in active settlement discussions and need additional time to conclude those discussions.

7. The Parties propose that the Court continue the stay for an additional 45 days from January 9, 2026, to February 23, 2026. If the Parties resolve the case, the Parties will advise the Court in writing. If the Parties have not reached a settlement by the end of the 45-day period, the Parties will file a JSR setting forth a proposed briefing schedule or another proposal for moving the case forward.

Date: January 9, 2026

  /s/ Matthew Kutcher
MATTHEW KUTCHER
BOBBY EARLES
COOLEY LLP
110 N. Wacker Drive
Suite 4200
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598
mkutcher@cooley.com
rearles@cooley.com

DAVID E. MILLS (*pro hac vice*)
JAY VAUGHAN (*pro hac vice*)
ROBBY L.R. SALDAÑA (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Avenue
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
dmills@cooley.com
jvaughan@cooley.com
rsaldana@cooley.com

*Attorneys for Plaintiff DeVry University, Inc.*

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director

  /s/ Eitan R. Sirkovich
EITAN R. SIRKOVICH
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (202) 353-5525
E-mail: eitan.r.sirkovich@usdoj.gov

*Attorneys for Defendants*