# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEVRY UNIVERSITY, INC.<br><br>              Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, *et al.*,<br><br>              Defendants. | Case No. 1:22-cv-05549<br><br>Honorable April M. Perry |

## JOINT STATUS REPORT

Plaintiff DeVry University, Inc. and Defendants the United States Department of Education and Linda McMahon, in her official capacity as Secretary of Education (collectively, the "Department," and with Plaintiff, "the Parties"), jointly submit this status report pursuant to the Court's Minute Order dated January 12, 2026 (ECF No. 101).

    1.    In this action, Plaintiff requests declaratory and injunctive relief, seeking to enjoin the Department from "imposing on DeVry an obligation to pay for massive discharges of student debt that the Department unilaterally granted without DeVry's meaningful participation" and a declaration that the Department acted without statutory and constitutional authority, among other relief. Plaintiff's Second Amended Complaint (ECF No. 75).

    2.    On January 27, 2025, this Court stayed the proceedings pending the Supreme Court's decision in *Department of Education v. Career College & Schools of Texas* ("*CCST*"), No. 24-413, and directed the Parties to file a Joint Status Report ("JSR") within 10 days of the Supreme Court's ruling. (ECF No. 85).

    3.    On July 3, 2025, the Court struck the Defendants' pending motion to dismiss without prejudice to being refiled. (ECF No. 90).

4. On August 11, 2025, the Supreme Court dismissed *CCST* pursuant to a joint stipulation of dismissal filed by the parties in that case, without issuing a ruling on the merits.

5. Subsequently, the Parties informed the Court that they were in discussions to resolve the case and the Court extended the stay through January 9, 2025. (*See* ECF Nos. 91 – 98.)

6. On January 9, 2025, the Parties requested that the Court extend the stay for an additional 45 days so they could continue settlement negotiations. (ECF No. 100.) The Court extended the stay through February 23, 2025. (ECF No. 101.)

7. The Parties are still engaged in active settlement discussions and need additional time to conclude those discussions.

8. The Parties propose that the Court continue the stay for an additional 45 days from February 23, 2026, to April 9, 2026. If the Parties resolve the case, the Parties will advise the Court in writing. If the Parties have not reached a settlement by the end of the 45-day period, the Parties will file a JSR setting forth a proposed briefing schedule or another proposal for moving the case forward.

| | |
|---|---|
| Date: February 23, 2026 | Respectfully submitted, |
| /s/ Matthew Kutcher | BRETT A. SHUMATE |
| MATTHEW KUTCHER | Assistant Attorney General |
| BOBBY EARLES | |
| COOLEY LLP | MICHELLE BENNETT |
| 110 N. Wacker Drive | Assistant Branch Director |
| Suite 4200 | |
| Chicago, IL 60606 | /s/ Eitan R. Sirkovich |
| Telephone: (312) 881-6500 | EITAN R. SIRKOVICH |
| Facsimile: (312) 881-6598 | Trial Attorney |
| mkutcher@cooley.com | United States Department of Justice |
| rearles@cooley.com | Civil Division, Federal Programs Branch |
| | 1100 L St. NW |
| DAVID E. MILLS (*pro hac vice*) | Washington, DC 20005 |
| JAY VAUGHAN (*pro hac vice*) | Tel: (202) 353-5525 |
| ROBBY L.R. SALDAÑA (*pro hac vice*) | E-mail: eitan.r.sirkovich@usdoj.gov |
| COOLEY LLP | |
| 1299 Pennsylvania Avenue | *Attorneys for Defendants* |
| Suite 700 | |
| Washington, DC 20004 | |
| Telephone: (202) 842-7800 | |
| Facsimile: (202) 842-7899 | |
| dmills@cooley.com | |
| jvaughan@cooley.com | |
| rsaldana@cooley.com | |

*Attorneys for Plaintiff DeVry University, Inc.*