**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| DEVRY UNIVERSITY, INC. <br><br>             Plaintiff, <br><br>    v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, *et al.*, <br><br>            Defendants. | Case No. 1:22-cv-05549 <br><br> Honorable April M. Perry |

**JOINT STATUS REPORT**

Plaintiff DeVry University, Inc. and Defendants the United States Department of Education and Linda McMahon, in her official capacity as Secretary of Education (collectively, the "Department," and with Plaintiff, "the Parties"), jointly submit this status report pursuant to the Court's Minute Order dated April 10, 2026 (ECF No. 105).

1. In this action, Plaintiff requests declaratory and injunctive relief, seeking to enjoin the Department from "imposing on DeVry an obligation to pay for massive discharges of student debt that the Department unilaterally granted without DeVry's meaningful participation" and a declaration that the Department acted without statutory and constitutional authority, among other relief. Plaintiff's Second Amended Complaint (ECF No. 75).

2. On January 27, 2025, this Court stayed the proceedings pending the Supreme Court's decision in *Department of Education v. Career College & Schools of Texas* ("*CCST*"), No. 24-413, and directed the Parties to file a Joint Status Report ("JSR") within 10 days of the Supreme Court's ruling. (ECF No. 85.)

3. On July 3, 2025, the Court struck the Defendants' pending motion to dismiss without prejudice to being refiled. (ECF No. 90.)

4.     On August 11, 2025, the Supreme Court dismissed *CCST* pursuant to a joint stipulation of dismissal filed by the parties in that case, without issuing a ruling on the merits.

5.     Subsequently, the Parties informed the Court that they were in discussions to resolve this case, and the Court extended the stay through May 20, 2026.  (*See* ECF Nos. 91 – 105.)

6.     On May 20, 2026, the Parties requested an additional extension of the stay for 30 days to allow the parties to reach an agreement-in-principle by the time the next status report is due.  (ECF No. 106.)

7.     In its last minute order, the Court granted the Parties' request for an additional 30-day stay to give them time to reach a settlement-in-principle of the matter.  (ECF No. 107.)  The Court requested an updated status report by June 22, 2026.  (*Id.*)

8.     The Parties hereby advise the Court that they have reached an agreement-in-principle for settlement of the matter, subject to negotiation of the final language in a written settlement agreement. To permit the Parties to negotiate the written settlement agreement and to secure necessary approvals, including approvals by Department of Justice leadership, *see* 28 C.F.R. § 0.160, the Parties hereby request that the Court continue the stay for an additional forty-five (45) days.

2

Date: June 22, 2026

                                        Respectfully submitted,

*/s/ Matthew Kutch*

MATTHEW KUTCHER
BOBBY EARLES
COOLEY LLP
110 N. Wacker Drive
Suite 4200
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598
mkutcher@cooley.com
rearles@cooley.com

DAVID E. MILLS (*pro hac vice*)
JAY VAUGHAN (*pro hac vice*)
ROBBY L.R. SALDAŇA (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Avenue
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
dmills@cooley.com
jvaughan@cooley.com
rsaldana@cooley.com

*Attorneys for Plaintiff DeVry University, Inc.*

BRETT A. SHUMATE
Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director

*/s/ Eitan R. Sirkovich*

EITAN R. SIRKOVICH
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (202) 353-5525
E-mail: eitan.r.sirkovich@usdoj.gov

*Attorneys for Defendants*

3