**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| DEVRY UNIVERSITY, INC.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, *et al.*,<br><br>Defendants. | Case No. 1:22-cv-05549<br><br>Honorable April M. Perry |

# JOINT STATUS REPORT

Plaintiff DeVry University, Inc. and Defendants the United States Department of Education and Linda McMahon, in her official capacity as Secretary of Education (collectively, the "Department," and with Plaintiff, "the Parties"), jointly submit this status report pursuant to the Court's Minute Order dated August 14, 2026 (ECF No. 111).

1. In this action, Plaintiff requests declaratory and injunctive relief, seeking to enjoin the Department from "imposing on DeVry an obligation to pay for massive discharges of student debt that the Department unilaterally granted without DeVry's meaningful participation" and a declaration that the Department acted without statutory and constitutional authority, among other relief. Plaintiff's Second Amended Complaint (ECF No. 75).

2. On January 27, 2025, this Court stayed the proceedings pending the Supreme Court's decision in *Department of Education v. Career College & Schools of Texas* ("*CCST*"), No. 24-413, and directed the Parties to file a Joint Status Report ("JSR") within 10 days of the Supreme Court's ruling. (ECF No. 85).

3. On July 3, 2025, the Court struck the Defendants' pending motion to dismiss without prejudice to being refiled. ( ECF No. 90).

4. On August 11, 2025, the Supreme Court dismissed *CCST* pursuant to a joint stipulation of dismissal filed by the parties in that case, without issuing a ruling on the merits.

5. Subsequently, the Parties informed the Court in various status reports that they were in discussions to resolve this case, had reached an agreement-in-principle to settle the matter, had made material progress on such negotiations, and needed additional time to secure necessary approvals of the settlement agreement, in response to which the Court extended the stay through August 13, 2026. (*See* ECF Nos. 91 – 109).

6. On August 13, 2026, the Parties requested an additional extension of the stay for 45 days to permit the Parties to complete negotiation of the written settlement agreement and to secure necessary approvals, including approvals by Department of Justice leadership. (ECF No. 110.)

7. In its most recent minute order, the Court granted the Parties' request for an additional stay because the Parties "are continuing to work towards finalizing the settlement." (ECF No. 111.) The Court requested another status report by September 30, 2026, unless a notice of dismissal has been filed earlier. (*Id.*)

8. The Parties hereby advise the Court that they have completed negotiation of the written settlement agreement, subject to final approvals. To permit the Parties to secure necessary approvals for the settlement, including approvals by Department of Justice leadership, *see* 28 C.F.R. § 0.160, the Parties hereby request that the Court continue the stay for an additional thirty (30) days.

Date: September 30, 2026 Respectfully submitted,

*/s/ Matthew Kutcher*
MATTHEW KUTCHER
BOBBY EARLES
COOLEY LLP
110 N. Wacker Drive
Suite 4200
Chicago, IL 60606
Telephone: (312) 881-6500
Facsimile: (312) 881-6598
mkutcher@cooley.com
rearles@cooley.com

DAVID E. MILLS (*pro hac vice*)
JAY VAUGHAN (*pro hac vice*)
ROBBY L.R. SALDAÑA (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Avenue
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
dmills@cooley.com
jvaughan@cooley.com
rsaldana@cooley.com

*Attorneys for Plaintiff DeVry University, Inc.*

BRETT A. SHUMATE
Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director

*/s/ Eitan R. Sirkovich*
EITAN R. SIRKOVICH
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (202) 353-5525
E-mail: eitan.r.sirkovich@usdoj.gov

*Attorneys for Defendants*